# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **BRENDA MEADOWS,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **5:04-CV-136 (WDO)** |
| : | |
| **JO ANNE BARNHART, Commissioner of** : | |
| **Social Security,** : | |
| : | |
| **Defendant** : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to affirm the Commissioner's decision to deny Plaintiff's request for disability benefits. Having carefully considered the Recommendation, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court. The Commissioner's denial of benefits is AFFIRMED.

SO ORDERED this 1st day of September, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**